UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRISTIAN FERNANDO GUTIERREZ-OCHOA,<br>also known as "Luis Miguel Martinez,"<br>"Fernando," "Guacho," and "La Palomo,"<br><br>Defendant. | Case No. 25-CR-035 (BAH)<br><br>**FILED**<br>JUN 20 2025<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## JOINT STATEMENT OF STIPULATED FACTS

This statement of facts does not purport to include all of Defendant's illegal conduct during the course of his charged offense and is not intended to represent all of Defendant's relevant conduct for sentencing purposes. Nor does it purport to be an inclusive recitation of all that Defendant heard, knew, or witnessed concerning the illegal activities of himself or those of his coconspirators. It represents sufficient information for the Court to find a factual basis for accepting Defendant's guilty plea in the above-captioned matter and is not intended to represent all of Defendant's relevant conduct for sentencing purposes. Had this case proceeded to trial, Defendant agrees that the Government's evidence would have shown the following beyond a reasonable doubt:

1. From at least 2023 and continuing thereafter up to and including November 19, 2024, within the countries of Mexico and the United States, Defendant knowingly, intentionally, and willfully conspired and agreed with others, known and unknown, to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds to a place in the United States from or through a place outside the United States, which monetary instrument and funds represented the proceeds of a specified unlawful activity, to wit, narcotics trafficking,



in violation of 21 U.S.C. §§ 952, 959, 960, and 963, knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and while conducting and attempting to conduct such transportation, transmission, and transfer, knowing that the property involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. § 1956(a)(2)(B)(i) and 1956(h).

2. During the course and in furtherance of the conspiracy, Defendant was a member of the Cártel de Jalisco Nueva Generación ("CJNG") and he is connected to CJNG's top leadership. The CJNG controls substantial drug trafficking routes from Mexico into the United States and imports tonnage quantities of illicit substances into the United States, including methamphetamine, cocaine, and other drugs. The CJNG also has expansive money laundering networks both in the United States and Mexico.

3. Defendant knowingly conducted and participated in financial transactions with other CJNG money laundering operatives using CJNG's drug proceeds. Defendant knew the financial transactions involved CJNG's drug proceeds and were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the CJNG's drug proceeds. Defendant assumed a fictitious identity, "Luis Miguel Martinez," to live in the United States, in part, to further CJNG's money laundering activities in the United States.

4. Defendant agrees that his offense involved sophisticated laundering. In November 2023, Defendant and his coconspirators completed two wire transfers totaling approximately $1.2 million U.S. dollars of CJNG's drug proceeds from Mexico to the United States to purchase a residential property located at 1191 Pamplona Drive, Riverside, California 92508 ("Pamplona

Cf 60

Property"). The title to the Pamplona Property is held by Pasion Azul, S.A. de C.V. ("Pasion Azul"), a Mexican entity owned and controlled by the CJNG. Defendant and others within the CJNG used Pasion Azul to launder CJNG drug proceeds. For example, Defendant and others within the CJNG titled the Pamplona Property in the name of Pasion Azul to further their efforts to make Pasion Azul appear to be fully a legitimate business that was purchasing the property with lawfully earned funds when, in fact, the property was purchased with CJNG drug proceeds. Defendant knew that the purchase of the Pamplona Property titled in the name of Pasion Azul was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of CJNG's drug proceeds. Defendant lived at the Pamplona Property under his fictitious identity and furthered CJNG's money laundering activities in the United States since at least November 2023 until his arrest there on November 19, 2024.

5. At the time of his arrest, Defendant possessed approximately $2.2 million of CJNG's drug proceeds in bulk U.S. currency at the Pamplona Property, in addition to multiple other items of value purchased with CJNG's drug proceeds, including jewelry, watches, and vehicles. Defendant also used CJNG's drug proceeds to purchase at least one vehicle under his assumed fictitious name, "Luis Miguel Martinez," using a third-party's social security number. Defendant did so to hide his ownership and control of the car. These drug proceeds were transferred, transmitted, and transferred to the United States from or through a place outside the United States.

6. The Defendant admits that the total amount of illicit funds laundered in the course of the underlying conspiracy for which he had actual knowledge and involvement was over $3,500,000.

7. Defendant possessed an unregistered and untraceable "ghost" firearm and another

Cf GO

firearm with an obliterated serial number at the Pamplona Property in connection with the underlying money laundering offense.

8. Defendant agrees venue and jurisdiction lie with this Court pursuant to 18 U.S.C. § 3238.

9. Defendant also agrees that his participation in the above-described acts was in all respects voluntary, knowing, intentional, and willful, reflecting an intention and deliberation to do something the law forbids and were not in any way the product of any accident, mistake of law or fact, duress, entrapment, or public authority.

10. With his signature below and that of his counsel, Defendant agrees that he has fully adopted this statement of facts as his own statement. Defendant is adopting this statement of facts because it is a true and correct summary of Defendant's own conduct.

11. Defendant is pleading guilty voluntarily because Defendant is in fact guilty.

Respectfully submitted,

MARLON COBAR
Chief, Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

Date: 6/20/25   By: _____
LERNIK BEGIAN
DOUGLAS MEISEL
Trial Attorneys

Approved by:
Date: 6/20/25   By: _____
MELANIE L. ALSWORTH
Acting Deputy Chief of Litigation

DEFENDANT'S ACKNOWLEDGMENT

I have reviewed this Statement of Facts with the assistance of an English-Spanish interpreter, and have discussed it at length with my attorney, Anthony Colombo, Esq. This Statement of Facts has been translated into Spanish for me. I understand that the English version controls. I fully understand this Statement of Facts and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Facts fully.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in the accompanying Plea Agreement dated May 14, 2025. I am satisfied with the legal services provided by my attorney in connection with this Statement of Facts, the accompanying Plea Agreement, and all matters related to it.

_____    6-19-25
CRISTIAN FERNANDO GUTIERREZ-OCHOA    Date
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I am Defendant's attorney. I have fully explained to Defendant, through an English-Spanish interpreter, Defendant's rights and the applicable provisions of the Sentencing Guidelines. I have carefully reviewed every part of this Statement of Facts with Defendant. Defendant is agreeing to this Statement of Facts voluntarily, intelligently, and with full knowledge of all consequences of Defendant's plea of guilty.

_____    6/19/25
ANTHONY COLOMBO, ESQ.    Date
Attorney for Defendant

CFGO