IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRISTIAN FERNANDO GUTIERREZ-OCHOA,<br><br>*Defendant*. | No. 1:25-CR-035 (BAH) |

## <u>AMERICAN VICTIMS OF CARTEL TERRORISM ANCILLARY PETITION</u>

On November 4, 2019, in Northern Mexico's Sierra Alta Mountains, approximately 90 miles south of the United States-Mexico border, Maria Rhonita ("Rhonita") LeBaron, and her four children—H.M. Jr. (twelve-year-old son), K.B.M (ten-year-old daughter), T.A.M. and T.G.M. (eight-month-old twins)—suffered an unimaginable fate. As they traveled to reunite with their husband and father, assassins from the Juárez Cartel unleashed a merciless attack.[1]

Over 900 bullets tore through their vehicle, trapping Rhonita and her children in a nightmare of terror.[2] After descending the steep terrain, filming their approach, the cartel doused the vehicle with gasoline, pouring it inside on Rhonita and her children, and set it ablaze under the chilling command: "Burn it".[3]

---

[1] *Howard Miller, et al., v Juárez Cartel*, 2022 WL 2286952, at *1 (D.N.D. June 24, 2022).
[2] *Id.* at *4-5.
[3] *Id.* at *5.

Rhonita and her children suffered unfathomable pain and suffering as flames consumed them, their lungs searing by superheated air, forced to "sit[] in th[eir] car burning to death, watching their siblings, their family members burn to death."[4]

That same morning, approximately 14 kilometers north, cartel assassins also murdered Christina Langford and Dawna Ray and her two children—T.L (eleven-year-old son) and R.L. (two-year-old son)—in separate attacks in the Sierra Alta mountains.[5]

These nine American lives—mothers, children, infants—were stolen in acts of terrorism that shock the conscience. Petitioner Victims—family members, legal guardians of injured minors, legal guardians of surviving minor children and siblings of victims, and legal representatives of the estates of the nine mothers and children murdered on November 4, 2019—now stand before this Court, seeking justice and "to make the perpetrators and their sponsors pay a heavy price."[6]

Congress has mandated that American victims of cartel terrorism shall have the right, in every case, notwithstanding any other provision of law, to enforce their judgments "against any assets available in the U.S."[7] This case is the bellwether test of that solemn promise.

---

[4] *Id.* at *6-7.

[5] *Id.* at *1.

[6] 148 Cong. Rec. S11524 (Statement of Sen. Harkin).

[7] *Id.*; *see also* Motion for Leave to File *Amicus Curiae* Brief and Brief of Sen. Charles Grassley, Rep. Jerrold Nadler, Rep. Robert Goodlatte (Ret.), Sen. Richard Blumenthal, Sen. Marco Rubio, Rep. Theodore Deutch, Senator Thom Tillis, Rep. Kathleen Rice, and Sen. Bill Nelson (Ret.) as *Amici Curiae* In Support of Petitioners, *Mark Sokolow, et al. v. Palestine Liberation Org. and Palestinian Auth.,* 2020 WL 290959 (U.S. Jan. 15, 2020) (Congress has created a "robust and comprehensive scheme … that aims to deny malefactors of every dollar they might use to fund terrorism"); 136 Cong. Rec. S4568-01 (Statement of Sen. Grassley) ("With the enactment of this legislation [the Antiterrorism Act], we set an example to the world of how the United States legal system deals with terrorists. If terrorists have assets within our jurisdictional reach, American citizens will have the power to seize them."); 162 Cong. Rec. H5239-03 at *H5241 (Statement of Rep. Poe) ("justice is what we do in this country, and that is what these victims and their family want."); 146 Cong. Rec. S10240-03, at * S10241 (Statement of Sen. Mack) ("Simply stated, making the terrorists who harm or kill Americans in acts of international terrorism pay for their acts makes for good policy. It should deter future acts of terrorism, as well as provide some small

## INTRODUCTION

Petitioner Victims—family members, legal guardians of injured minors, legal guardians of surviving minor children and siblings of victims, and legal representatives of the estates of the nine victims murdered on November 4, 2019—brought claims under the civil remedies provision of the Federal Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333(a) and, on June 24, 2022, a final judgment in favor of the Petitioner Victims and against the Juárez Cartel was entered for violation of the ATA. On September 18, 2023, Petitioner Victims registered their Final ATA Judgment in this District.[8]

"[T]here is no doubt that in bringing [an] action pursuant to § 2333 [Petitioner Victims were] invoking a federally created legal right."[9]

The Terrorism Risk Insurance Act of 2002 ("TRIA"), 28 U.S.C. § 1610 note, Section 201, provides Petitioner Victims with the statutory, legal right to execute or attach their final judgment against ***any***[10] blocked assets of the Defendant (Juárez Cartel) and/or ***any*** assets of ***any*** agency or instrumentality of the Juárez Cartel "notwithstanding any other provision of law."[11] As discussed below, Petitioner Victims assert that the agencies and instrumentalities of the Juárez Carel include,

---

measure of justice to current victims."). 164 Cong. Rec. H6616-01, at *H6618 (Statement of Rep. Posey) ("We owe it to these brave Americans and others, and their families to make them whole again.").

[8] *See Howard Miller, et al., v Juárez Cartel,* Case No. 2:23-mc-95, Doc. No. 1 (D.D.C. Sep. 18, 2023); Pursuant to 28 U.S.C. § 1963, Petitioner Victims registered judgment "shall have the same effect as a judgment" of this District "and may be enforced in like manner."

[9] *Estates of Ungar ex rel. Strachman v. Palestinian Auth.*, 304 F.Supp.2d 232, 266 (D.R.I. 2004); *see also* 137 Cong. Rec. S4511-04 (Statement of Sen. Grassley) (The ATA "empowers victims with all the weapons available in civil litigation … [it] provides victims with the tools necessary to find terrorist assets and seize them. … [It] makes the right of American victims definitive.").

[10] *U.S. v. Gonzales*, 520 U.S. 1, 5 (1997) ("the word 'any' has an expansive meaning, that is, 'one or some discriminately of whatever kind.' Webster's Third New International Dictionary 97 (1976).").

[11] TRIA § 201(a).

but are not limited to, the Cartel Jalisco Nueva Generacion ("CJNG"), and Defendant Cristian Fernando Gutierrez-Ochoa ("Gutierrez-Ochoa").

## I.    PETITIONER VICTIMS HAVE STANDING TO ASSERT THEIR LEGAL INTEREST.

"The requirements for a petitioner to demonstrate constitutional standing to challenge a forfeiture are very forgiving."[12] "In general, any colorable claim on the property suffices, if the claim of injury is redressable, at least in part, by a return of the property."[13]

The threat of injury to Petitioner Victims is immediate and concrete. Petitioner Victims assert, upon information and belief, that the government's process for seeking title in this case is procedurally defective and as the D.C. Circuit recently held, "unless and until" the government obtains a final order of forfeiture, assets meeting TRIA's definition of "blocked assets", such as assets at issue in this case, shall remain subject to "attachment in aid of execution of the [petitioners'] judgment[]."[14] Consequently, the improper forfeiture of the assets in this case risks depriving Petitioner Victims of their statutory right to compensation under the TRIA and ATA. Furthermore, it is "beyond dispute" that, as terrorism victims, they are entitled to execute their judgment on any blocked assets in the United States.[15]

"Turning from the threat of injury (standing factor one) to traceability and availability for redress (standing factors two and three), these funds [assets identified in POF] would redress [Petitioners Victims] multi-billion dollar losses sustained" as a result of the November 4, 2019,

---

[12] *U.S. v. Emor,* 785 F.3d 671, 676 (D.C. Cir. 2015) (internal citation omitted).
[13] *Id., see also Lujan v. Defenders of Wildlife,* 504 U.S. 555, 560 (1992).
[14] *Estate of Levin v. Wells Fargo Bank, N.A.,* Case No. 23-7080. Slip. Op. at 14-15 (D.C. Cir. Sep. 26, 2025).
[15] *U.S. v. All Funds on Deposit with R.J. O'Brien & Associates*, 783 F.3d 607, 622 (7th Cir. 2015) (emphasis in original).

massacre.[16] "The potential harm derived from the forfeiture of the funds is fairly—and in this case, *directly*—traceable to the United States' conduct, particularly given the [POF]. And finally, a favorable federal court decision would afford [Petitioner Victims] the long-awaited opportunity to commence satisfaction (however partial) of their judgment".[17]

Petitioner Victims possess Article III standing.

Turning to statutory standing under 21 U.S.C. § 853(n).

"To begin with, the Supreme Court has said that the term 'statutory standing' is a bit 'misleading.' *Lexmark Int'l, Inc. v. Static Control Components, Inc.,* —— U.S. ——, 134 S.Ct. 1377, 1387 n. 4, 188 L.Ed.2d 392 (2014). Statutory standing is not really about standing at all, in the sense that it limits a 'court's statutory or constitutional *power* to adjudicate the case.' *Id.* (emphasis in original). Instead, statutory standing is nothing more than an inquiry into whether the statute at issue conferred a 'cause of action' encompassing 'a particular plaintiff's claim.' *Id.* at 1387; *see also Natural Res. Def. Council v. EPA,* 755 F.3d 1010, 1018 (D.C.Cir.2014). In other words, statutory standing 'is itself a merits issue.' *Oregon,* 671 F.3d at 490 n. 6."[18]

Defendant Gutierrez-Ochoa was a member of the CJNG connected to the cartel's top leadership.[19] "Nemesio Oseguera Cervantes, also known as 'El Mencho' ('Mencho'), is the top leader of the CJNG and the father of Defendant's long-time girlfriend, Laisha Oseguera-Gonzalez ('Oseguera-Gonzalez')."[20] And the assets subject to forfeiture in this case represent CJNG property or CJNG interests in property[21] – The Pamplona Property, identified in the POF as asset (l), was

---

[16] *Id.* at 617.
[17] *Id.*
[18] *Emor*, 785 F.3d at 676–77.
[19] Doc. No. 36 (Joint Statement of Stipulated Facts, hereinafter cited as "Stipulated Facts").
[20] Doc. No. 54 (USA Sentencing Memo., hereinafter cited as "Sentencing Memo").
[21] 31 C.F.R. § 598.312 ("The terms property and property interest include but are not limited to money, checks, drafts, bullion, bank deposits, savings accounts, debts, indebtedness, obligations,

purchased with "approximately $1.2 million U.S. dollars of CJNG's drug proceeds" and "[a]t the time of his arrest, [Gutierrez-Ochoa] possessed approximately $2.2 million of CJNG's drug proceeds in bulk U.S. currency at the Pamplona Property, in addition to multiple other items of value purchased with CJNG's drug proceeds, including jewelry, watches, and vehicles."[22]

TRIA states that "[n]otwithstanding any other provision of law, … , the blocked assets of that terrorist party (including the blocked assets of any agency or instrumentality of that terrorist party) shall be subject to execution or attachment in aid of execution".[23] "[T]he term 'blocked asset' shall include **_any asset_** of that terrorist party (including the blocked assets of any agency or instrumentality of that party) **_seized or frozen_** by the United States under section 805(b) of the Foreign Narcotics Kingpin Designation Act (21 U.S.C. 1904(b))."[24]

Congress, TRIA, and the ATA all unequivocally stand for the proposition that "notwithstanding any other provision of law", "in every case" where an American Victim of terrorism seeks to attach or execute their judgment against the blocked asset(s) of a terrorist party

---

notes, guarantees, debentures, stocks, bonds, coupons, any other financial instruments, bankers acceptances, mortgages, pledges, liens or other rights in the nature of security, warehouse receipts, bills of lading, trust receipts, bills of sale, any other evidences of title, ownership, or indebtedness, letters of credit and any documents relating to any rights or obligations thereunder, powers of attorney, goods, wares, merchandise, chattels, stocks on hand, ships, goods on ships, real estate mortgages, deeds of trust, vendors' sales agreements, land contracts, leaseholds, ground rents, real estate and any other interest therein, options, negotiable instruments, trade acceptances, royalties, book accounts, accounts payable, judgments, patents, trademarks or copyrights, insurance policies, safe deposit boxes and their contents, annuities, pooling agreements, services of any nature whatsoever, contracts of any nature whatsoever, and any other property, real, personal, or mixed, tangible or intangible, or interest or interests therein, whether present, future, or contingent.").

[22] Stipulated Facts, *see also* Sentencing Memo ("Defendant [Gutierrez-Ochoa] worked with other CJNG operatives to purchase th[e Pamplona Property] under the name of a Mexican company owned and controlled by the CJNG for approximately $1.2 million USD in drug proceeds. Within that property, Defendant possessed numerous items of value, including vehicles, expensive jewelry, watches, clothes, and accessories, in addition to the millions in bulk cash, which were stored in duffle bags, luggage, and hidden in closet compartments.").

[23] TRIA § 201(a).

[24] 18 U.S.C. § 2333(e) (emphasis added).

or their agencies or instrumentalities, said judgments shall "be enforced against any assets available in the U.S., and [] the executive branch has no statutory authority to defeat such enforcement under standard judicial processes."[25]

The assets at issue in the POF[26] are "blocked assets" because of their association with the CJNG and therefore, they "shall be subject to execution or attachment in aid of execution" of Petitioner Victims final ATA judgment.[27]

Petitioner Victims have Article III and statutory standing to contest the POF.

## II.   THE ASSETS IN THE PRELIMINARY ORDER OF FORFEITURE ARE BLOCKED ASSETS PURSUANT TO THE TRIA.

Section 201(a) of TRIA provides that "in every case in which a person has obtained a judgment against a terrorist party on a claim based upon an act of terrorism … the *blocked assets of that terrorist party (including the blocked assets of any agency or instrumentality of that terrorist party) shall be subject to execution or attachment in aid of execution in order to satisfy such judgment to the extent of any compensatory damages for which such terrorist party has been adjudged liable*."[28] Of importance in reviewing the provisions of Section 201(a) is to understand what constitutes a "blocked asset" under TRIA.

TRIA defines a "blocked asset" as "any asset seized or frozen by the United States under section 5(b) of the Trading With the Enemy Act (50 U.S.C. App. 5(b)) or under sections 202 and 203 of the International Emergency Economic Powers Act (50 U.S.C. 1701; 1702)".[29]

---

[25] 148 Cong. Rec. S11524-01 (Statement of Sen. Harkin); *see also* TRIA § 201; 18 U.S.C. § 2333(e).

[26] Specifically, the blocked assets identified in the Preliminary Order of Forfeiture at (a) – (d) and (f)-(l). Doc. No. 40.

[27] TRIA § 201(a).

[28] 28 U.S.C. § 1610, note § 201(a) (emphasis added).

[29] TRIA section 201(d)(2).

Executive Order 14059 of December 15, 2021 ("E.O. 14059") imposes, pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 *et seq.*) and other authorities, a litany of sanctions against "[d]rug cartels, transnational criminal organizations, and their facilitators." The Juárez Cartel and its agencies or instrumentalities, including but not limited to, the CJNG have been designated pursuant to E.O. 14059.

When the TRIA was enacted, Congress "inten[ded] to include within the definition of 'blocked asset' any asset of a terrorist party that is **held by the United States.** This [was] intended as an ***explicit waiver of any*** principle of law under which the United States might not be subject to service and enforcement of any judicial order or process relating to execution of judgments, or attachments in aid of such execution, in connection with terrorist party assets that happen to be held by the United States. In this respect, the United States is to be treated the same as any private party or bank which holds assets of a terrorist party, and such terrorist party assets held by the United States ***are not immunized from court procedures to execute against such assets***."[30]

The ATA explicitly states that assets blocked pursuant to the Foreign Narcotics Kingpin Designation Act (21 U.S.C. 1904(b)) ("Kingpin Act") are specifically included in the TRIA's definition of blocked assets. Therefore, Kingpin Act blocked assets may be used to satisfy Final ATA Judgments.[31]

"The Kingpin Act and its corresponding regulations block all property and interest within the United States owned[, controlled, or directed by, or acting for or on behalf of] foreign persons designated by [the United States Treasury Department, Office of Foreign Assets Control

---

[30] 148 Cong. Rec. S11524 (Statement of Sen. Harkin) (emphasis added).
[31] *See* 18 U.S.C. § 2333(e).

("OFAC")] as 'Specially Designated Narcotics Traffickers.'"[32] Specially Designated Narcotics

Traffickers are:

> (a) Significant foreign narcotics traffickers; and

> (b) Foreign persons designated by the Secretary of the Treasury, in consultation with the Attorney General, the Director of Central Intelligence, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of Defense, and the Secretary of State, because they are found to be:

>> (1) Materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of a specially designated narcotics trafficker;
>> (2) Owned, controlled, or directed by, or acting for or on behalf of, a specially designated narcotics trafficker; or
>> (3) Playing a significant role in international narcotics trafficking; and

> (c) Entities owned in the aggregate, directly or indirectly, 50 percent or more by one or more specially designated narcotics traffickers.[33]

The President of the United States has determined that the Juárez and CJNG Cartels are all

significant foreign narcotics traffickers.[34] As such, all Juárez and CJNG Cartel property and

interests in property are subject to Kingpin Act sanctions regime applicable to "specially

designated narcotics traffickers" as set forth in 31 C.F.R. § 598.101 *et seq.*

"The terms blocked account and blocked property shall mean **any** account or property

subject to the prohibitions in § 598.202 held in the name of a specially designated narcotics

---

[32] *Marron v. Moros*, 2023 WL 3619308, at *2 (S.D. Fla. May 24, 2023) (citing 21 U.S.C. § 1904(b); 31 C.F.R. §§ 598.202, 598.301).

[33] 31 C.F.R. § 598.314.

[34] **Juárez Cartel:** Alphabetical Listing of Blocked Persons, Specially Designated Nationals, Specially Designated Terrorists, Specially Designated Global Terrorists, Foreign Terrorist Organizations, and Specially Designated Narcotics Traffickers, 70 Fed. Reg. 38256 (July 1, 2005). **CJNG:** Additional Designations, Foreign Narcotics Kingpin Designation Act, and Unblocking of One Individual Blocked Pursuant to Executive Order 13382 of June 28, 2005, 80 Fed. Reg. 20293 (Apr. 15, 2015).

trafficker, **or in which such person has an interest**, and with respect to which payments, transfers, exportations, withdrawals, or other dealing may not be made or effected".[35]

Section 598.202 states that "[a]ll property and interests in property that are in the United States, that come within the United States, or that are or come within the possession or control of **any** U.S. person, of a specially designated narcotics trafficker are blocked and may not be transferred, paid, exported, withdrawn, or otherwise dealt in."[36] Section 598.202 also prohibits transactions contributing to the provision of any funds, goods, or services benefiting an individual whose property or interests are blocked.  It further prohibits the receipt of any such contribution of funds, goods, or services from an individual whose property or interests are blocked.[37]

Due to the "ability to transfer funds or other assets instantaneously" and in order for the sanctions set forth in E.O. 14059 to be effective against the Juárez and CJNG Cartels, the sanctions established by E.O. 14059 immediately, and without notice, block all Juárez and CJNG Cartel property and interests in property upon its entry into the United States or upon the moment it is controlled or possessed by any United States person.[38]

"This common-sense rule prevents a blocked person from avoiding the reach of OFAC sanctions through the simple act of putting the property in the name of an LLC, in which the specially designated narcotics trafficker owns a material interest" or giving it to a person not identified by OFAC.[39]

The assets identified in the POF are blocked assets under TRIA because they were a specially designated narcotics trafficker's property, or interest in property, within the United States

---

[35] 31 C.F.R. § 598.301 (emphasis added).
[36] 31 C.F.R. §§ 598.202(a) (emphasis added).
[37] 31 C.F.R. §§ 598.202(b)(1), and (2) (emphasis added).
[38] E.O. 14059.
[39] *Marron v. Moros*, 2023 WL 635969, at *12 (S.D. Fla. Sep. 29, 2023).

and they were in the possession or control of a U.S. person. This U.S. person, Defendant Gutierrez-Ochoa, is a member of the CJNG, connected to the CJNG's top leadership, who purchased a home (which is subject to forfeiture in this proceeding) with CJNG drug proceeds, and was in possession of CJNG drug proceeds and other property at the time of his arrest.[40]

"The CJNG kills, tortures, and corrupts to traffic staggering quantities of cocaine, methamphetamine and other drugs into the United States and elsewhere—all for profiting and enrichment, which in turn fund the cycle of violence, ravaging countless lives and communities. ***Defendant [Gutierrez-Ochoa] did CJNG's bidding and enabled these acts*** … But that is not the whole story. Defendant was not just a CJNG money launderer earning a commission. ***He was a significant and direct beneficiary of CJNG's violent narcotics operations:*** He enjoyed a luxurious lifestyle in the United States with Mencho's daughter, spending Mencho's drug proceeds, and living in a property the CJNG arranged to buy for them."[41]

The government also does not dispute, for purposes of any motion to dismiss, that the CJNG Cartel is the primary source-of-supply of illicit narcotics to the Juárez Cartel.

As discussed below, the facts of this case coupled with the government's concessions, the assets at issue in the Court's POF constitute "blocked assets" under TRIA pursuant to the Kingpin Act and E.O. 14059 and, notwithstanding any other provision of law, they are subject to Petitioner Victims' statutorily afforded legal right and interest to "secure some measure of justice and compensation."[42]

---

[40] *See* Stipulated Facts; Sentencing Memo.
[41] Sentencing Memo. (emphasis added).
[42] 148 Cong. Rec. S11524-01 (Statement of Sen. Harkin).

III.   THE   CJNG   AND   GUTIERREZ-OCHOA   ARE   AGENCIES   OR INSTRUMENTALITIES OF THE JUÁREZ CARTEL.

The Eleventh Circuit has recognized the following definition for an agency or instrumentality of a terrorist party under TRIA:

> Any [Specially Designated Narcotics Trafficker] … including all of its individual members, divisions and networks, that is *or was ever* involved in the cultivation, manufacture, processing, purchase, sale, trafficking, security, storage, shipment or transportation, distribution of [Cartel illicit drugs], or that assisted [the Cartel's] financial or money laundering network, … because it was either:
>
> > 1)    materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of … [the Cartel]; and/or
> >
> > 2)    owned, controlled, or directed by, or acting on behalf of, … [the Cartel]; and/or
> >
> > 3)    playing a significant role in international narcotics trafficking [related to the Cartel's activities].[43]

Petitioner Victims must, and do below, "present evidence sufficient to establish a relationship between the terrorist party and the purported agency or instrumentality, although that relationship may be 'indirect.'"[44]

"[U]nder the TRIA knowledge is required for agency status but not for instrumentality status."[45] The Eleventh Circuit has held that the express goal of TRIA—punishing terrorists and compensating United States terrorism victims—is furthered by "the execution and attachment of assets belonging to instrumentalities who were unaware of the terrorist party or terrorist parties

---

[43] *Id.* at 748, n.6.

[44] *Stansell v. Revolutionary Armed Forces of Colombia,* 2019 WL 4040680, at *4 (D.D.C. Aug. 26, 2019) (citing *Stansell v. Revolutionary Armed Forces of Colom.,* 771 F.3d 713, 742 (11th Cir. 2014); *see also Stansell v. Revolutionary Armed Forces of Colom.,* 45 F.4th 1340, 1351 (11th Cir. 2022).

[45] *Stansell v. Revolutionary Armed Forces of Colom.,* 45 F.4th at 1355.

involved. Permitting such execution and attachment makes it easier for victims of terrorism to collect on the judgments obtained against terrorist organizations."[46]

### A. The CJNG Cartel.

The government has taken the position that it will not challenge, for purposes of any motion to dismiss, that the CJNG cartel operates as the Juárez Cartel's "source-of-supply for cocaine, methamphetamine, and fentanyl."[47]

Petitioner Victims submit, and are prepared to proffer an expert opinion to support their position, that the CJNG cartel by and through its "materially assisting in … or providing goods or services [cocaine, methamphetamine, and fentanyl] in support of, the international narcotics trafficking activities" of the Juárez Cartel renders it and "all of its individual members, divisions, and networks" agencies or instrumentalities of the Juárez Cartel.[48]

### B. Gutierrez-Ochoa.

The Parties have agreed, as made clear by the Statement of Facts and the government's Sentencing Memorandum, that Defendant Gutierrez-Ochoa was a "not just a CJNG money launderer earning a commission. ***He was a significant and direct beneficiary of CJNG's violent narcotics operations:*** He enjoyed a luxurious lifestyle in the United States with Mencho's daughter, spending Mencho's drug proceeds, and living in a property the CJNG arranged to buy for them."[49]

---

[46] *Id.,* at 1354.
[47] *See* United States Department of the Treasury, Press Release, *Treasury Sanctions Key Members of La Linea, a Group Involved in Trafficking Fentanyl into the United States,* (Oct. 31, 2024), available at https://home.treasury.gov/news/press-releases/jy2704.
[48] *Stansell v. Revolutionary Armed Forces of Colom.,* 771 F.3d 713, 748 n. 6 (11th Cir. 2014)
[49] Sentencing Memo. (emphasis added); *see also* Stipulated Facts.

Petitioner Victims submit, and are prepared to proffer an expert opinion to support their position, that by ""voluntary[ily], intentional[ly], and willful[ly]"[50] providing financial support for or to the international narcotics trafficking activities of the CJNG; and/or by being controlled, or directed by, or acting on behalf of, the CJNG; and/or playing a significant role in the CJNG's international narcotics trafficking, Defendant Gutierrez-Ochoa is an agency or instrumentality of the CJNG.

Because Defendant Gutierrez-Ochoa is an agent or instrumentality of the CJNG, Petitioner Victims assert—supported by expert opinion, if requested by the Court—that Defendant Gutierrez-Ochoa significant involvement with, and connections to, the CJNG establishes that he is an agency or instrumentality of the Juárez Cartel. This conclusion flows from the CJNG's own status as an agency or instrumentality of the Juárez Cartel.

## CONCLUSION

"Criminal forfeiture is an *in personam* proceeding. Thus, an order of forfeiture may reach only property of the defendant…. Thus, if a third party can demonstrate that his interest in the forfeited property is exclusive of ***or superior to the interest of the defendant, the third party's claim renders that portion of the order of forfeiture reaching his interest invalid.***"[51]

"[A]ny evaluation under the TRIA of the priority of interests in the Blocked Funds [at issue in this case between Petitioner Victims and Defendant Gutierrez-Ochoa] must begin with the understanding that 'terrorist victims' holding judgments, as a group, must be first in line."[52]

---

[50] *Id.*
[51] *U.S. v. Reckmeyer,* 836 F.2d 200, 207-8 (4th Cir. 1987) (quoting S.Rep. No. 225, 98th Cong., 2d Sess. 207-208, *reprinted in* 1984 U.S.Code Cong. & Ad.News 3182, 3390-91) (emphasis added).
[52] *Hausler v. JPMorgan Chase Bank, N.A.,* 845 F.Supp.2d 553, 570 (S.D.N.Y. 2012).

The assets subject to forfeiture in this case are property associated with the agencies or instrumentalities of the Juárez Cartel. Consequently, they are blocked assets under the ATA, Kingpin Act, and the TRIA. Therefore, notwithstanding any other provision of law, in every case, they are subject to execution and attachment.

Accordingly, Judgment Creditors respectfully request that the Court hold that "Congress explicitly promulgated a comprehensive scheme providing that any assets blocked under the [Kingpin Act] or similar OFAC regulations are to be subject to judgment execution for the benefit of victims of terrorist [attacks]—most fittingly, as in this case, when the crime victim[s are] American citizen[s]"—and allow Petitioner Victims the opportunity to seek justice for the heinous terrorist attacks they endured on November 4, 2019, notwithstanding any other provision of law.[53]

DATED: November 7, 2025                                    Respectfully submitted,


                                                          /s/ John M. Eubanks
                                                          _____

                                                          MOTLEY RICE LLC
                                                          John M. Eubanks, Esq.
                                                          (D.C. Bar #SC0013)
                                                          Michael E. Elsner, Esq.
                                                          (*pro hac vice* forthcoming)
                                                          28 Bridgeside Blvd.
                                                          Mount Pleasant, SC 29464
                                                          Tel: (843) 216-9000
                                                          MElsner@motleyrice.com
                                                          JEubanks@motleyrice.com
                                                          AKouba@motleyrice.com

---

[53] *Hausler v. JP Morgan Chase Bank, N.A.,* 740 F.Supp.2d 525, 539 (S.D.N.Y. 2010); *see also Boim v. Quranic Literacy Inst. & Holy Land Found. For Relief And Dev.*, 291 F.3d 1000, 1011 (7th Cir. 2002) (internal citation and quotations omitted) (emphasis added) ("Anything that can be done to deter money-raising in the United States, **money laundering in the United States**, the repose of assets in the United States, and so on, would not only help benefit victims, but would help deter terrorism.").

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioners. If the petitioners are represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____

**Signature**

_____

**Printed Name**

11/7/25

_____

**Date**

## Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____

**Signature**

_____

**Karen Woolley, individually, and as the
Legal guardian of Jonathan Sean Ray**

11/7/25

_____

**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

### SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

Samuel Mitchell
_____
**Printed Name**

11/7/25
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

Dayer A. LeBaron
_____
**Printed Name**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
**Printed Name**

11/7/25
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

_____
**Printed Name**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

Samuel Mitchell
_____
**Printed Name**

11/7/25
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

Senna Langford
_____
**Printed Name**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioners. If the petitioners are represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
**Printed Name**

11/7/25
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

_____
**Tyler Edward Johnson, individually and on behalf of,
Christina Marie Langford, and as the legal guardian
Of C.J., J.J., T.J. Jr., H.J. and E.J., and F.M.J.**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_Sam Mitchell_

**Signature**

_Samuel Mitchell_

**Printed Name**

11/7/25

**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_Elizabeth_

**Signature**

_Elizabeth Langford_

**Printed Name**

11/7/25

**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
**Printed Name**

11/7/25
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

_____
**Printed Name**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

*Sam Mitchell*

**Signature**

*Samuel Mitchell*

**Printed Name**

11/7/25

**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

**Signature**

*Adram D. LeBaron Soto*

**Printed Name**

11/7/25

**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner.  If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

**Signature**

**Printed Name**

11/7/25

**Date**

## Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

**Signature**

**Printed Name**

11/7/25

**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 · United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
Signature

Samuel Mitchell
Printed Name

11/7/25
_____
Date

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
Signature

Matthew LeBaron
Printed Name

11/7/25
_____
Date

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

*Sam Mitchell*
**Signature**

*Samuel Mitchell*
**Printed Name**

11/7/25
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

**Signature**

*Miguel LeBaron*
**Printed Name**

11/7/25
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
Signature

Samuel Mitchell
Printed Name

11/7/25
_____
Date

## Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
Signature

Ruthila LeBaron
Printed Name

11/7/25
_____
Date

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
Samuel Mitchell
**Printed Name**

11/7/25
_____
**Date**

## Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

William LeBaron
_____
**Printed Name**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioners. If the petitioners are represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

Samuel Mitchell
_____
**Printed Name**

11/7/25
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

Howard Miller
**Howard J. Miller, individually, and on behalf of Maria Rhonita LeBaron, H.M. Jr., K.B.M., T.A.M. and T.G.M., And as the legal guardian of T.M., A.M., and Z.M.**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_Sam Mitchell_
**Signature**

_Samuel Mitchell_
**Printed Name**

11/7/25
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_Amber Ray_
**Signature**

Amber Ray
**Printed Name**

11/7/25
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
Signature

Samuel Mitchell
_____
Printed Name

11/7/25
_____
Date

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
Signature

James Oliver Ray
_____
Printed Name

11/7/25
_____
Date

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
**Printed Name**

11/7/25
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

Jaremy Ray
_____
**Printed Name**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
**Printed Name**

11/7/25
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

JUSTIN  Ray
_____
**Printed Name**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

Samuel Mitchell
_____
**Printed Name**

11/7/25
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

Kerah Ray Woolley
_____
**Printed Name**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
Signature

Samuel Mitchell
Printed Name

11/7/25
Date

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
Signature

Shalom Tucker
Printed Name

11/7/25
Date

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
Samuel Mitchell
**Printed Name**

11/7/25
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

_____
AMELIA C. WESTCOTT
**Printed Name**

11/7/25
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioners complete the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
Samuel Mitchell
**Printed Name**

11/7/25

_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

_____
Rholana Lian Johnson
**Printed Name**

_11/7/25_ _
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.