November 11, 2025

Dear Honorable Judge Beryl A. Howell

I hope you're doing great, and this letter reaches you. My name is Chris Adame and wanted to share that I've known Cristian Fernando Gutierrez Ochoa for 3 years now. I am now aware of his situation/charges but wanted to focus on his positive traits. I hope this letter helps you understand the type of person Mr. Ochoa is. I first met him as a customer of ours in our food catering business. Over the last 3 years he became a regular customer of ours. Throughout our relationship I have observed Mr. Ochoa to be a hard-working and compassionate individual who has constantly demonstrated kindness and respect toward others We have always had a great experience with Mr. Ochoa and have no negative comments to say. Once he mentioned to us that he worked at a Coffee shop and that they sold good frappes. Since he was a customer of ours supporting our small business, we started supporting his job too. When we would go to the Coffee shop, he was there making some of the best Horchata Frappes one could taste. Let me tell you he makes some great tasting frappes and cold sandwiches. Every time I'd visit the Coffee shop I was treated with respect, and he always made sure to get my order correct. There were times when he was busy and we'd make sure to ask for him to make our Frappe's, he'd laugh because we were willing to wait. He's one to lend a hand when needed, for example, he'd come into our business, if he saw we were busy he'd get up to try and help us out with our customers. He's the type or person to stop what he was doing (eating) and want to help us during rush.

I realize that Mr. Ochoa has made some mistakes in the past and regrets those decisions. I believe that with this time served, he has reflected and is focused on moving forward with his life in the most positive way. Please take into consideration the reputation his has built in the community and the outstanding character he always shows to not just me but to every other person I ever seen him greet. Your Honor, we hope the court takes leniency when sentencing Mr. Ochoa and he is provided an opportunity to show his great character and the type of person he really is.

Sincerely.

Chris Adame

*[signature]* 11/11/25

Nov. 20, 2025

Honorable Judge Beryl A. Howell

My name is Maribel Bravo, and I am writing this letter to provide a character reference for Cristian Fernando Gutierrez Ochoa, whom we have known for a little over 3 years now. During these last 3 years that I have known Cristian, I have come to recognize him as a person of good moral character, responsibility, respect, hard worker, and integrity.

I am aware of the charges he is facing and the consequences those may bring. I would like to plead for leniency and hope the court will grant him the leniency when his court date comes. Throughout our friendship, I have observed Cristian to be a hard-working and compassionate individual whom in many cases I seen help others. He has constantly demonstrated respect and kindness towards others, he's the type of person who will lend a helping hand. I believe if given the opportunity at a second chance he will be a great fit for the community. I recall instances where I would be at the coffee shop he worked at, and he fed the homeless who did not have money for a coffee or food.

I hope you look into this matter and consider this character reference letter before passing on any verdict. With the time he has served so far im sure Cristian will strive to make positive changes to his life and will be great to have in the community again.

Thank you.

Maribel Bravo

Date: November 26, 2026

Puerto Vallarta, Jalisco

United States District Court for the District of Columbia

Honorable Judge Beryl A. Howell

My name is Alam Yamil Guzmán Pilas, and I am writing to you through this letter in the most respectful manner to share my personal experience regarding my dear friend Cristian Fernando Gutiérrez Ochoa, whom I have known for a long time. I hope that my experience may be useful to the interested party.

Our friendship began approximately 20 years ago, when we were both very young. We lived nearby, in different neighborhoods—he lived in the Primavera neighborhood and I lived in Jardines de la Higuera. We were both passionate about playing soccer, which is how we met, because every afternoon we would meet in the park in my neighborhood.

We would meet to walk or play on the outskirts of the neighborhood, usually on Saturdays, since during the week we had school obligations and our parents gave us little time to play.

Our friendship was always good, as he has always been a cheerful and respectful young man toward everyone.

It is worth mentioning that on January 8, 2010, we were both detained by Mexican authorities. In addition to being unjustly tortured and beaten, we were minors and innocent, and for that reason we were released.

We were both known by our neighbors as good kids who were always cheerful and played wholesomely.

I conclude this letter by thanking you for your attention, and I hope my experience may be taken into account. Should you need anything related to this letter, I remain at your service at the telephone number listed below.

Sincerely,

ALAM YAMIL GUZMÁN PILAS

Fecha 26/nov/2026

Puerto Vallarta, Jalisco

**Tribunal de Distrito de los Estados Unidos para el Distrito de Colombia**

Honorable juez Beryl A. Howel

Mi nombre es Alam Yamil Guzmán Pilas, me dirijo a usted por medio de la presente de la manera mas atenta, para darle a conocer mi experiencia personal sobre mi estimado amigo Cristian Fernando Gutiérrez Ochoa, a quien conozco dese hace tiempo, esperando que mi experiencia sea de utilidad para la parte interesada.

Nuestra amistad inició hace un tiempo aproximado de 20 años, cuando ambos éramos muy chicos, vivíamos cerca, en colonias distintas él vivía en la colonia Primavera y yo vivía en la colonia Jardines de la higuera, a ambos nos apasionaba el juego por el futbol, así nos conocimos, ya que todas las tardes nos reuníamos en el parque de mi colonia.
Y a veces nos reuníamos e íbamos a comer tacos a un puesto en las afueras de la colonia, esto lo hacíamos de preferencia los sábados, ya que entre semana teníamos la obligación de la escuela y nuestros padres nos daban poco tiempo para jugar.

La amistad con el siempre fue buena, ya que siempre ha sido un muchacho alegre, y respetuoso, con todos.

Cabe mencionar que el día 08 de enero de 2010 fuimos detenidos por las autoridades mexicanas, además de ser torturados y golpeados injustamente, siendo menores de edad e inocentes, por tal se nos dejó en libertad.

Ambos siempre fuimos conocidos por todos nuestros vecinos por ser muchachos de bien, y siempre ser alegres y jugar sanamente.

Me despido de usted agradeciendo la atención, y esperando mi experiencia pueda ser tomada en cuenta, cualquier asunto relacionado con esta carta, quedo a sus órdenes, en el número telefónico mencionado.

ATTE:

ALAM YAMIL GUZMAN PILAS

CHARACTER REFERENCE LETTER


Puerto Vallarta, Jalisco, Mexico

November 21, 2025


The Honorable Beryl A. Howell

United States District Court

For the District of Columbia


Dear Judge Beryl A. Howell:

My name is Jimena Mayte Garcia Martinez, I am 23 years old, and through this letter I respectfully wish to address you for the purpose of offering a character reference on behalf of Cristian Fernando Gutiérrez Ochoa, whom I have known for approximately eight years.

I met Cristian when I was still a student, and since then I have always observed in him an upright, respectful character, oriented toward honest work. Cristian has been a close friend of my family, someone whose presence has been a constant, stable, and positive influence in our environment. Over these years, I have come to know him not only as a hardworking man, but also as someone deeply committed to the well-being of those around him.

I particularly want to highlight that during my university years, Cristian offered me both emotional and financial support, allowing me to continue my law studies until I completed my degree and obtained my professional title. That support was not exclusive to me; Cristian always showed a genuine interest in helping young students, convinced that education transforms lives and builds more just societies. Many times I heard him speak about the importance of young people continuing their studies, and on more than one occasion he offered help to those who lacked sufficient resources.

Additionally, I know firsthand that Cristian often helped people with limited means, whether through donations, food assistance, or simply offering his time and support. He never hesitated to extend a hand to someone in need. For these reasons, I have always considered him an empathetic, generous, and caring person.

I fully understand that Cristian is now facing a legal process and that he has made mistakes; however, I also recognize in him a human being with a great capacity for reflection and change. I am convinced that, given a new opportunity, Cristian could reintegrate into society in a positive way.

Another relevant point is that Cristian comes from a family dedicated to farm work, an honest and stable environment in which he could reintegrate without difficulty. This represents an important network of emotional and work-related support that would facilitate his rehabilitation and significantly reduce any risk of reoffending.

For all these reasons, I respectfully ask that you consider these character references when evaluating Cristian's situation. I wish to make clear that this letter is based on my own personal knowledge of him, with no intention of interfering with justice, but solely to show a human and genuine perspective of his true character.

I deeply appreciate your time and attention in reading my testimony.


Respectfully,

Jimena Mayte Garcia Martinez.

## CARTA DE REFERENCIA DE
## CARÁCTER

**Puerto Vallarta, Jalisco, México.**
**21 de noviembre de 2025.**

**The honorable Beryl A. Howell**
**United States District Court**
**For the District of Columbia**

**Estimada Jueza Beryl A. Howell:**

Mi nombre es Jimena Mayte Garcia Martinez, tengo 23 años de edad, y por medio de la presente me permito dirigirme respetuosamente a usted con la finalidad de ofrecer una carta de referencia de carácter a favor de Cristian Fernando Gutiérrez Ochoa, a quien conozco desde hace aproximadamente ocho años.

Conocí a Cristian siendo yo todavía estudiante, y desde entonces siempre he observado en él una conducta íntegra, respetuosa y orientada al trabajo honesto. Cristian ha sido un amigo cercano de mi familia, alguien cuya presencia ha sido constante, estable y positiva en nuestro entorno. Durante estos años, he podido conocerlo no solo como un hombre trabajador, sino como una persona profundamente comprometida con el bienestar de quienes lo rodean.

Deseo resaltar especialmente que, durante mis años universitarios, Cristian me brindó apoyo económico y moral, permitiéndome continuar mis estudios de derecho hasta concluir mi carrera y obtener mi título profesional de abogada. Ese apoyo no fue exclusivo hacia mí; Cristian siempre mostró un genuino interés en ayudar a jóvenes estudiantes, convencido de que la educación transforma vidas y construye sociedades más justas. Muchas veces lo escuché hablar sobre la

importancia de que los jóvenes siguieran estudiando, y en más de una ocasión ofreció ayuda a quienes no contaban con recursos suficientes.

Además, sé de primera mano que Cristian solía ayudar a personas de bajos recursos, ya fuera con donaciones, apoyo alimentario o simplemente brindando su tiempo y su escucha. Nunca dudaba en extender la mano a quien lo necesitara. Por estas razones, siempre lo he considerado una persona empática, desprendida y solidaria.

Entiendo plenamente que Cristian se encuentra enfrentando un proceso legal y que ha cometido errores; sin embargo, también reconozco en él a un ser humano con una gran capacidad de reflexión y de cambio. Estoy convencida de que, al contar con una nueva oportunidad, Cristian podrá reintegrarse de forma positiva a la sociedad.

Otro punto que considero relevante es que Cristian proviene de una familia dedicada al trabajo en el rancho, una familia unida que lo quiere profundamente y que lo espera con los brazos abiertos. Él tiene un lugar seguro a donde regresar, un ambiente de trabajo honesto y estable donde podría reintegrarse sin dificultad. Esto representa una importante red de apoyo emocional y laboral que facilitaría su readaptación y disminuiría cualquier riesgo de reincidencia.

Por todo lo anterior, respetuosamente solicito que considere estas referencias de carácter al momento de valorar la situación de Cristian. Quiero dejar claro que esta carta nace de mi propio conocimiento personal sobre él, sin intención de interferir en la justicia, sino únicamente de mostrar una perspectiva humana y real sobre su verdadero carácter.

Agradezco profundamente su tiempo y atención al leer mi testimonio.

**Atentamente.**


Jimena Mayte Garcia Martinez.

25/10/25

Dear Judge Beryl A. Howell,

I am writing this letter to tell you a little about my brother Cristian Fernando.

I am his sister, Alma Aracena Gutierrez Ochoa.

My brother is very good. I remember that when we were children he always thought about others and helped with whatever he could. I will tell you that when we were 13 and 9 years old, we sold avocados, and I remember that our parents had an orchard and we loved helping them plant the trees and doing all the farm work.

He has always been very responsible in everything—school, etc. He really likes sports, for example soccer, and he always played. He is very friendly.

That is why I beg you, Your Honor, to judge him with serenity, because he does not deserve to be where he is.

I send you a warm greeting and hope you are well.


Sincerely,

Alma Aracena Gutierrez Ochoa

25 10 25

Querida Juez Beryl A Howell

Les escribo esta carta para platicarte
un poco de mi hermano Cristian fernando
Soy su hermana Alma Arucena Gutierrez
Ochoa.

Mi hermano es muy bueno te cuento
que cuando estabamo Chicos siempre
Pensaba en los demas y ayudaba
Con lo que el podia te platico que
Cuando teniamos la edad de yo
13 años y el 9 años vendiamo aguacates
y duraznos que mis papas tenian un guerta
y nos encantaba ayudarlos nos gustaba
mucho ayudar a plantar los arbóles
y todo eso del campo el siempre viendo
muy responsable en todo su escuela etc.
le gusta mucho el deporte por ejemplo
el futbol y siempre jugaba es muy
amiguero.

Por eso te suplico Señora Juez lo Juzgue
Con serenidad y a que el no merese estar
ahi donde esta me despido con un
Saludo y espero se encuentre bien.

Att. Alma Arucena Gutierez Ochoa

Elian Emanuel Fernández Velarde

November 17, 2025

Guadalajara, Jalisco C.P. 44820


To whom it may concern:

I am writing to you as a friend to offer my personal testimony about Cristian Fernando Gutiérrez Ochoa. He and I were close friends for several years, and we shared many moments together, including our passion for soccer.

For 3 years, we played together on the same amateur soccer team, the Hacienda Real Club. On the field, I learned to value his commitment, teamwork, and good humor. He was always willing to support his teammates, to train with dedication, and to foster an environment of respect and camaraderie.

He maintains that same attitude in his daily life: he is a responsible, supportive, and respectful person with those around him. I firmly believe that his character and personal history can be factors that contribute to a fair and compassionate decision on your part.

I kindly ask that you take this into consideration, as he is not a bad person. I appreciate the opportunity to share this testimony and remain at the honorable court's disposal for any additional information.

With sincere respect,

Elian Emanuel Fernández Velarde

Elian Emanuel Fernandez Velarde 17 11 2025

Guadalajara, Jal C.P. 44870

Sra Jueza:

Me dirijo a usted como amigo para ofrecerle mi testimonio personal sobre Cristian Fernando Gutiérrez Ochoa. El y yo fuimos amigos cercanos durante varios años y compartimos muchos momentos juntos, entre ellos la pasión del futbol.

Durante 3 años jugamos juntos en el mismo equipo del futbol amateur, el club haciendo real. En el campo aprendí a valorar su compromiso, trabajo en equipo y buen humor. Siempre estuvo dispuesto a apoyar a sus compañeros, a entrenar con dedicación y a fomentar un ambiente de respeto y camaradería.

Esa misma actitud en su vida cotidiana: es una persona responsable, solidaria y respetuosa con quienes lo rodean. Creo firmemente que su carácter y su historia personal pueden ser factores que contribuya una decisión justa y compasiva de su parte le pido de favor que se compadezca de el ya que no es una mala persona. Agradezco la oportunidad de compartir este testimonio y quedo a disposición de este honorable tribunal para cualquier información adicional. Con sincero respeto.

Elian Emanuel Fernandez Velarde .-

Elian Emanuel Fernandez Velarde

Guadalajara, Jalisco

November 14, 2025

Honorable Judge,

Edwin Rodrigo Fernández Velarde

I am writing to you through this letter to tell you a little about Fernando, who for me has been nothing more than a good friend and an excellent person—very helpful and kind to everyone.

I knew Fernando for 4 years. I had the opportunity to meet him in a sports park where we both shared a passion for sports. We played together on the same soccer team, and that's when I realized what a great person he is.

He is the type of person who extends his hand if someone needs help, always offering any kind of support. I remember that when we couldn't attend for some reason, he was always willing to go for us and pick us up wherever we were so we could spend time together with all our teammates.

We truly miss him during those afternoons spent with friends—simply hanging out, spending time together after playing or being on the field, playing peacefully, minding our own business, and just enjoying the moments with good friends... like Cristian Fernando Gutiérrez Ochoa.

I ask you, please, to be very fair with my friend Cristian Fernando Gutiérrez Ochoa, because we miss him on the field and at our gatherings with friends. He was the happiest one, always making jokes, and very kind to all of us. There are many friends who miss him, and we hope to see him again—cheerful, charismatic, happy, helpful, supporting people just as he did before.

I hope, Your Honor, that my letter does not inconvenience you. It is just that, as I said, I miss my friend and would like to see him again—not only behind a screen or through bars, but being as he once was.

I say goodbye to you, thanking you for your attention and your time.


Edwin Rodrigo Fernández Velarde

Guadalajara Jalisco                    14-Noviembre-2025

Sra. Jueza                    Edwin Rodrigo Fernandez
                                    Velarde

Me dirijo hacia Usted por medio de esta
Carta para Contar un poco de Fernando, el cual,
Para mí, no fue mas que un buen amigo y
una excelente persona muy Servicial y amable
Con todas las personas.

Yo Conocí a Fernando durante 4 años.
Tuve la oportunidad de Conocerlo en un parque
deportivo, donde los dos Compartímos el gusto
por el deporte.
Jugamos juntos en el mismo equipo de fútbol, fue
donde me di Cuenta de la gran persona que es.

El es el tipo de persona que extiende su mano
si la demas gente lo necesita, Siempre ofreciendo
Cualquier tipo de apoyo. Recuerdo que Cuando no
Podíamos asistir por algun motivo, el siempre nos
apoyaba en ir por nosotros o recogernos de
donde estábamos para Convivir con todos
los Compañeros.

Realmente se le extraña en esas tardes de estar
Con amigos, Simplemente pasando el rato, Conviviendo
despues de Jugar o en el Campo, jugando
Sanamente, sin meternos con nadie y solo
disfrutando de los momentos con buenos

amigos, como lo es Cristian Fernando Gutierrez Ochoa.

Le pido que sea muy justa con mi amigo Cristian Fernando Gutierrez Ochoa, ya que se le extraña en el campo de juego y en las reuniones con amigos. El era el más alegre, que siempre hacia bromas y es muy amable con todos nosotros. Hay muchos amigos que lo extrañamos y esperamos verlo de nuevo, alegre, carismático, feliz, servicial, ayudando a la gente como lo hacia antes.

Espero Señora Jueza, que no le incomode mi carta, es solo que, le repito, extraño a mi amigo y quisiera verlo de nuevo y no solo tras una pantalla o una reja, sino poder ser antes.

Me despido de Usted, gracias por la atención y su tiempo.

Edwin Rodrigo Fernandez Velarde

Guadalajara, Jalisco

15 November 2025

Mar Yosafat Fernández Velarde

Honorable Judge:

I write to you as a close friend and teammate of Cristian Fernando Gutiérrez Ochoa, to offer testimony that I hope will provide a more complete perspective of his character outside this legal process and what is being held against him.

I met Cristian Fernando about 6 years ago at the sports club Hacienda Real, where both of us were part of the soccer team. From the first moment, we shared a love for the sport and also values such as discipline, respect, and solidarity. For 2 seasons we trained together, and during that time I was able to closely observe his behavior both on and off the field.

In each game, he arrived on time, prepared, and with a positive attitude. Off the field, our friendship strengthened. During breaks, we shared conversations about our personal goals, which helped us support each other mutually in difficult situations related to school and work. On various occasions, when one of us had difficulties getting to a game, the other would offer to pick them up. That generosity and sense of responsibility are qualities that stand out in him.

He also enjoys collaborating as a volunteer in community organizations or activities.

I sincerely appreciate the opportunity to share this testimony and remain at the disposal of this honorable court to expand on any details you consider necessary. You may contact me at 5                  5 for any additional information.

With sincere respect,

Mar Yosafat Fernández Velarde

Guadalajara Jalisco.        15/Nov./2025

Yair Yosafat Fernandez Velarde

Señora Jueza

Me dirijo a usted como amigo cercano y compañero de equipo Cristian Fernando Gutierrez Ochoa para ofrecerle un testimonio que espero pueda aportar una perspectiva mas completa de su caracter dentro del proceso que se dirige en su contra.

Conocí a Cristian Fernando hace 6 años aproximadamente en el club deportivo Hacienda Real donde ambos formamos parte del equipo de futbol. Desde el primer entrenamiento compartimos la pasion por el deporte y tambien los valores como la disciplina, el respeto y la solidaridad. Durante 2 temporadas jugamos juntos y ese tiempo pude observar de cerca su comportamiento dentro y fuera.

En cada juego llegaba puntual, preparado y con actitud positiva y fuera del campo nuestra amistad se fortalecio en los momentos de descanso, compartimos charlas sobre nuestras metas personales, lo que nos ayudo a apoyarnos mutuamente en situaciones de estudio y trabajo. En varias ocaciones cuando alguna de nosotros tenia dificultades para ir al partido el otro se ofrecia para llevarlos, esa generocidad

Scribe

Y SENTIDO DE RESPONSABILIDAD SON RASGOS DE ADMIRAR, TAMBIEN LE GUSTA COLABORAR COMO VOLUNTARIO EN ORGANIZACIONES O ACTIVIDAD COMUNITARIA.

AGRADEZCO PROFUNDAMENTE LA OPORTUNIDAD DE COMPARTIR ESTE TESTIMONIO Y QUEDO A DISPOSICION DE ESTE HONORABLE TRIBUNAL PARA AMPLIAR CUALQUIER DETALLE QUE SE CONSIDERE NECESARIO. PUEDE CONTACTARME AL NUMERO _____ PARA CUALQUIER INFORMACION ADICIONAL

CON SINCERO RESPETO

MARI MOSPATE FERNANDEZ VELARDE



Scribe

20 November 2025

Honorable Judge,

The purpose of my letter is to introduce myself.

My name is Gilberto Sánchez Saavedra.

For many years, I served as the president of the residents' association of the Hacienda Real II neighborhood.

I had the opportunity to meet Cristian Fernando Gutiérrez Ochoa when he was around 11 or 12 years old.

He stood out for being a child with many friends. You would always see him riding his bicycle or playing soccer on the field.

He never got into trouble—on the contrary, he always behaved well with everyone.

At one time, he sold gelatins in the neighborhood, and I remember I even bought some from him. Throughout all the time I have known him, he has shown himself to be a good young man; I have never seen anything to the contrary.

Thank you for your attention.


Gilberto Sánchez Saavedra

20 Noviembre 2025

H. Jueza

La intención de mi carta es para presentarme
mi nombre es Gilberto Sanchez Savedra.

Por muchos años me desempeñe como presidente
de colonos del fraccionamiento Hacienda Real I.

Tuve la oportunidad de conocer a Cristian Fernando
Gutierrez Ochoa en aquel tiempo el tendría
unos 11 o 12 años.

Se distinguía por ser un niño con muchos
amigos, siempre se le veía andar en la bicicleta
o jugando futbol en la cancha.

Nunca se metio en problemas, al contrario
siempre se le vio llevarse bien con todos.

En algun tiempo vendio gelatinas aqui en el
coto mismas que llegue a comprar.

Y todo el tiempo que llevo de conocerlo
a demostrado ser un joven de bien de eso
no tengo duda.

Agradezco su atencion.

17 November 2025

Good afternoon, Your Honor.

My name is Alfredo Moisés Tovar Gutiérrez. I am writing this letter with the intention of telling you about and describing the years of friendship I have shared with Cristian Fernando Gutiérrez Ochoa.

We met when we were 14 years old at the soccer fields of the Hacienda Real neighborhood. Most of the time we were together—he would invite me to eat at his house, watch movies, or play, and I would invite him to my house as well.

And so, the years passed until we built a friendship of 12 years. I consider him part of my family, and I would like for him to be with us again soon, because we know he is a good man.

I remember that when my son was born, Cristian was there supporting me emotionally because my son was born with health problems. I will never forget that he was there to help me in such difficult moments. He is a very good person and has a big heart.

I appreciate your attention and your time in reading this letter.


Alfredo Tovar

D **17** M **Nov.** A **2025**    Scribe®

Buenas tardes su señorita.

Mi nombre es Alfredo Missael Tovar Gutierrez le escribo esta carta con la intencion de contarle y describir Todos los años de amistad con Cristian Fernando Gutierrez Ochoa. Nos conocimos cuando teniamos 14 años en las Canchas de fatbool del Fraccionamiento Hacienda Real. La mayor Parte del Tiempo estabamos juntos, me invitaba a comer a su casa ver Peliculas o a Josar, y yo lo invitaba a mi casa tambien.

Y así Pasaron los años asta tener una amistad de 12 años lo Considero Como una Parte de mi familia y me gustaria que el estubiera Pronto con nosotros Porque sabemos que el es un buen Hombre.

Recuerdo que cuando nacio mi Hijo Cristian estubo apoyandome moralmente ya que mi Hijo nacio con Problemas de salud, nunca seme olvidara que estubo apoyandome en momentos Tan Dificiles, él es una muy Buena Persona y Tiene un Gran corazon.

aGradesco su Atencion y su Tiempo al Leer esta Carta.

Alfredo Tovar.

Zapopan, Jalisco, November 19, 2025

Berly A. Howell

District Judge

Honorable District Judge, I greet you and thank you for your great mission:

I write this letter to address you. I am a teacher by profession, Victoria de Alba Santa Cruz, and I want to tell you what Cristian Fernando Gutiérrez Ochoa was like in primary school.

He was a very noble boy, always very hardworking and attentive in class. He was never rude to any of his classmates nor to any school authority.

He always tried to help others with their assignments or with any activity that someone else did not understand.

He demonstrated at all times his values and his great commitment as a human being; whatever task he began, he had to finish because he was always very dedicated. And whenever needed, he would offer help to others – both to his classmates and to the school if something needed repairing, cleaning, or decorating.

He was a very studious child with great learning ability.

I hope these words serve you in this process and help you see that he is not a bad person.

I deeply appreciate your great mission and wish health to you and your loved ones.

I take my leave, Your Honor.

Victoria de Alba

ZAPOPAN, JALISCO. 19 DE NOVIEMBRE 2025

BERLY A. HOWELL
JUEZA DE DISTRITO

ESTIMADA JUEZA DE DISTRITO LE SALUDO Y LE AGRADEZCO SU
GRAN MISIÓN:

LE ESCRIBO ESTA CARTA PARA DIRIGIRME A USTED, SOY MAESTRA
DE PROFESIÓN VICTORIA DE ALBA SANTA CRUZ Y QUIERO PLATICARLE
COMO FUÉ EN LA ESCUELA PRIMARIA CRISTIAN FERNANDO GUTIÉRREZ
OCHOA.
ERA UN NIÑO MUY NOBLE, SIEMPRE MUY TRABAJADOR Y ATENTO EN
LAS CLASES, NUNCA FUÉ GROSERO CON NINGUNO DE SUS COMPAÑEROS,
NI CON NINGUNA AUTORIDAD ESCOLAR.

SIEMPRE TRATABA DE AYUDAR A LOS DEMÁS CON SUS TRABAJOS O
EN ALGUNA ACTIVIDAD QUE ALGUIEN MÁS NO ENTENDÍA.

DEMOSTRANDO EN CADA MOMENTO SUS VALORES Y SU GRAN
CONPROMISO COMO SER HUMANO, DE QUE TRABAJO QUE EMPEZABA
TENIA QUE TERMINAR YA QUE SIEMPRE FUE MUY DEDICADO,
Y SI SE NECESITABA, BRINDABA AYUDA A LOS DEMÁS, TANTO A SUS
COMPAÑEROS COMO A LA ESCUELA SI HABIA QUE REPARAR, LIMPIAR
O DECORAR.

ERA UN NIÑO MUY ESTUDIOSO CON GRAN CAPACIDAD DE ESTUDIO.

ESPERO QUE ESTAS PALABRAS LE SIRVAN PARA SU PROCESO
Y PUEDA DARSE CUENTA USTED QUE ÉL NO ES UNA MALA
PERSONA.

LE AGRADEZCO MUCHO SU GRAN MISIÓN Y LE DESEO SALUD
A SU PERSONA

ME DESPIDO DE USTED SU SERVIDORA:

VICTORIA DE ALBA.

ZAPOPAN, JALISCO, MEXICO, NOVEMBER 19, 2025

The Honorable Beryl A. Howell

United States District Court

For the District of Columbia

To whom it may concern:

Allow me to introduce myself: JOSE ULISES SANTILLÁN DELGADILLO.

It is an honor to greet you. I am Mexican, have been practicing law for 12 years, I am married, a father, and of the Catholic faith.

I would like to share that I have known CRISTIAN FERNANDO GUTIÉRREZ OCHOA for approximately 8 years. I met him through a mutual friendship; we went out on different occasions to eat, talk about personal and family matters, and we shared a great deal of empathy and many pleasant moments. I consider him a great friend, an excellent human being—kind, smiling, and always showing goodwill toward others.

One day, we were driving down a main avenue when we saw a family of four stranded because their car tire had burst. Without hesitation, Cristian asked me to stop so he could help that family. He is always willing to support others in need.

He is Catholic, honest, respectful, humble, and has many virtues.

Your Honor, I could write a thousand words to express what a great human being he is. I write these paragraphs with deep appreciation and esteem for CRISTIAN FERNANDO GUTIÉRREZ OCHOA. I sincerely regret the situation he is going through. We are all human, and we can make bad decisions—although that is not a justification.

I respectfully ask you, Honorable Judge, to consider these words when making your determination.

With nothing further to add, I thank you for your attention and for allowing me the opportunity to greet you and recommend the person I have described above.

Sincerely,

JOSE ULISES SANTILLÁN DELGADILLO

**ZAPOPAN, JALISCO, MEXICO, 19 DE NOVIEMBRE DEL AÑO 2025**

**The Honorable Beryl A. Howell**
**United States District Court**
**For the District of Columbia**

A quien corresponda:

Me permito presentarme JOSE ULISES SANTILLÁN DELGADILLO su señoría es un honor grato poder saludarle, soy de nacionalidad mexicana, me dedico a la abogacía desde hace 12 años, casado, padre de familia, de religión católica.

Por lo consiguiente quiero referirle que tengo aproximadamente más de 8 años años conociendo al ciudadano CRISTIAN FERNANDO GUTIERREZ OCHOA, a él lo conocí por conducto de una amistad en común salimos en diferentes ocasiones a comer, platicamos de cosas personales, familiares en donde hubo demasiada empatía y muchos momentos agradables, lo considero como un gran amigo, excelente ser humano, agradable, sonriente siempre de buen humor hacía con los demás. En una ocasión íbamos por la calle manejando mi vehiculo sobre una avenida principal, al percatarnos que una familia de 4 personas se le había pinchado la llanta de su vehículo, sin pensar me comento el ciudadano Fernando que nos detuviéramos para poder auxiliar a la familia, ya que requerían el apoyo para cambiar el neumático, como esa anécdota le puedo contar varias situaciones donde el por su propia voluntad apoyaba en diferentes situaciones, es una persona católica, honesta, respetuosa, sencilla y con muchas cualidades.

Su señoría puedo decir mil palabras para demostrar el gran ser humano que es, estos párrafos los escribo con mucho aprecio y estima que le tengo al ciudadano CRISTIAN FERNANDO GUTIERREZ OCHOA, bueno lamento la situación por la cual está pasando, somos seres humanos y estamos expuesto a tomar malas decisiones, no es justificación. Pero le pido honorable jueza, considere estas palabras al momento de tomar una determinación.

Por lo anteriormente manifestado no tengo más que decir, solo agradezco su atención por darme la oportunidad de saludarle y recomendar a la persona ya descrita.

**ATENTAMENTE**
**ZAPOPAN, JALISCO 19 DE NOVIEMBRE DEL AÑO 2025**

**JOSÉ ULISES SANTILLÁN DELGADILLO**

Honorable Beryl A. Howell
United States District Court for the District of Columbia

Dear and Honorable Judge Beryl A. Howell,

I address you to present my name, Juan Jesús Canales González. This letter has a very special purpose: to help you get to know a little more—beyond the situation my esteemed friend Cristian Fernando Gutiérrez is in—who he truly is.

Beyond everything that has happened throughout the years, I know a humble, friendly, and kind person in every way. I have known him since childhood, as the youngest of his family, always dedicated to sports, always with a smile and genuine happiness, always showing kindness to others.

Despite the problems that life brings—people say one does not choose their family—and with the passing years everything can take us down paths that might not be the best for someone.

I believe in and trust the second chances that life gives us, and that he can correct his path and return to his family and friends who care about him so much. Being the youngest son, he is an important pillar for his mother and family.

I trust in God, in the authorities, in the law, and in justice—that they may have mercy on my friend Cristian—and that through the law and through you, honorable Judge, he may be given a new opportunity in life, as he is still young and has many years ahead of him in the United States.

I close by thanking you for your time and attention, and trusting in God that we may reunite soon with our friend and that his family may feel relief. Thank you very much, Honorable Judge, and may God bless you.

Respectfully,
Juan Jesús Canales González
(signature)

Honorable Beryl A. Howell.

Estados Unidos Corte Distrito de Columbia.


Estimado y Honorable Jueza Beryl A. Howell.

Me dirijo a Usted presentandome mi nombre Juan Jesus Canales Gandez esta carta tiene como motivo muy especial ayudar y que conozca un poco más alla de las situaciones en que conocio a mi estimado amigo "Cristian Fernando Gutierrez".

Más alla de todas las cosas que han pasado o a vivido atravez del pasar de los años yo conozco a una persona homilde, sencilla, amigable y buena persona en todas los aspectos yo que lo conozco desde la niñez siendo el más chico de su familia, aficionado al futbóol y al deporte siempre con una sonrisa y una felicidad autentica demostrandolo sempre a las demas pesonas.

Apesar de los problemas que da la vida, bien dicen que uno no escoje a su familia y con el pasar de los años todo se va parendo en el camino que alomejor no es lo mejor para uno.

Considero y confio en las segundas oportunidades que la vida nos da y el pueda rectificar su camino y volver con su familia y Amigos que tanto lo Estañan. ya que siendo el hijo mas chico es un Pilar Importante para su madre y su familia.

Confio en Dios y las autoridades en las leyes y la Justicia que pueda tener piedad por mi amigo Cristian y que las leyes y usted mi honorable Jueza pueda darle esa nueva oportunidad de Vida ya que siendo tan Joven pase tantos años de su vida en Estados Unidos.

Me despido agradeciendo su tiempo y atencion y confiando en Dios que podamos reencontrarnos pronto con nuestro amigo el y su familia muchas gracias honorable Jueza y que Dios me la bendiga.

Se despide de Usted, Juan Jesus Conales Gonzalez

The Honorable Beryl A. Howell
United States District Court
For the District of Columbia

Dear Authority Beryl A. Howell,

My name is Brian Alexis Niño Curiel. I have known Cristian Fernando Gutiérrez Ochoa for
some time. I play soccer often, and it was through this sport that I met him on the soccer
fields known as 'Le Fut' located in Puerto Vallarta.

I can assure you that he is a calm, simple, humble, and friendly person. He is one of the few
people who genuinely likes to help others.

He loves sports, encourages others to play, and practices regularly.

During the time we have known each other, he has always shown himself to be a peaceful
person who does not like problems—trustworthy and hardworking. I work as a waiter, and
on some occasions, Cristian came to the restaurant where I work by my invitation. Every
time he came, he struck me as a family-oriented person.

Humility, simplicity, and nobility are qualities that have always defined him, and they are
traits I respect and admire.

Thank you for your time and attention. I respectfully say goodbye.

Brian Alexis Niño Curiel

The Honorable Beryl A. Howell

United States District Court

Fort the District of Columbia


Estimada Autoridad Beryl A. Howell

Mi Nombre es Brian Alexis Niño Curiel, conozco a Cristian Fernando Gutierrez Ochoa desde hace tiempo, yo practico mucho el futbol y por ese Deporte fue que lo conocí en las canchas de futbol llamadas "Le Fut" ubicadas en Puerto Vallarta.

Puedo asegurar que es una persona tranquila, sencilla, humilde y amistosa, es una de las pocas personas que le gusta ayudar.

Es alguien que le gusta el Deporte lo Fomenta y lo practica.

El tiempo que llevamos de conocernos siempre ha demostrado

Ser una persona Pacífica, no le gustan los problemas, confiable y trabajadora. Yo trabajo de mesero en ocasiones fue al restaurant donde trabajo por invitación mía y las ocasiones que fue al restaurante me pareció una persona de familia.

La Humildad, Sencillez y Nobleza es algo que siempre lo va a caracterizar y es algo que le respeto y admiro.


Gracias por su tiempo y atención, me despido de usted.

Brian Alexis Niño Curiel

_____

21 / NOVEMBER / 2025

Honorable Judge Beryl A. Howell:

I respectfully address you to ask for consideration and clemency in the case of Cristian Fernando Gutiérrez Ochoa. I met Fernando approximately fifteen years ago, at a time when I had the opportunity to live near him and interact closely. Since then, I have seen in him a noble, respectful person with a calm character. He was never someone who sought trouble; on the contrary, he always showed a willingness to help others.

Throughout the years I have known him, Fernando distinguished himself as a responsible young man devoted to his family and to his work. He was not a man of bad habits or bad intentions. For that reason, it is difficult for me to accept the image that has been constructed around him, because it does not match the person I have known.

I know he is facing accusations today, but despite that, I cannot fail to express that to me, Fernando has always shown good actions, values, and honorable behavior.

Since he was deprived of his freedom, a time that has been an enormous test for him and his family, I believe this period has been sufficient for reflection, growth, and recognizing the importance of freedom and loved ones. Fernando has shown himself to be someone who regrets what has happened, with deep humility and sincerity, wanting to improve and to show that he is a far better human being than the mistakes he may have made.

I know your work demands firmness, justice, and responsibility, and that each decision you make carries great weight. Even so, I respectfully ask that you consider the possibility of giving Fernando an opportunity to rebuild his life, to reunite with his family, and to demonstrate that he can live honorably and in peace.

I deeply appreciate the time you have taken to read this letter and the humanity with which you carry out your important duty.

Sincerely,
Cecilia Montaño R.

**21/NOVIEMBRE/2025**

Honorable Juez Bery A. Howell:

Me permito dirigirme a usted con el mayor respeto para pedirle consideración y clemencia en el caso de Cristian Fernando Gutiérrez Ochoa. Conocí a Fernando hace aproximadamente quince años, en un tiempo en el que tuve la oportunidad de convivir con él de manera cercana. Desde entonces pude ver en él a una persona noble, respetuosa y con un carácter tranquilo. Nunca fue alguien que buscara problemas; al contrario, siempre mostró disposición para ayudar a los demás.

A lo largo de los años en que lo traté, Fernando se distinguió por ser un joven responsable, dedicado a su familia y trabajador. No era un hombre de malos hábitos ni de malas intenciones. Por eso me ha resultado difícil aceptar la imagen que se ha construido en torno a él, pues no corresponde a la persona que yo conocí. Sé que hoy enfrenta señalamientos muy serios, pero desde mi experiencia personal no puedo dejar de expresar que, para mí, Fernando siempre demostró buenas acciones, valores y un comportamiento digno.

Desde que fue privado de su libertad, un tiempo que ha significado una prueba enorme para él y para su familia. Considero que este periodo ha sido suficiente para reflexionar, crecer y valorar aún más la importancia de la libertad y de los seres queridos. Fernando siempre habló con cariño de su familia. Por eso le ruego, con humildad y profunda sinceridad, que pueda tener compasión y ver en él al ser humano que muchos llegamos a conocer antes de estos hechos.

Sé que su labor exige firmeza, justicia y responsabilidad, y respeto profundamente cada decisión que usted toma. Aun así, me atrevo a pedirle que considere la posibilidad de darle a Fernando una oportunidad de rehacer su vida, de reencontrarse con su familia y de demostrar que puede vivir de manera honorable y en paz.

Agradezco profundamente el tiempo que se ha tomado para leer esta carta y la humanidad con la que ejerce su importante función.

Att.

Cecilia Montañez R

Saturday, November 23, 2025

Honorable Judge Beryl A. Howell:

I respectfully write to express a few words from my personal experience as a friend of Cristian Fernando Gutiérrez Ochoa. I have known Fernando for many years, and throughout that time I had the opportunity to see him in his most human, simple, and genuine form.

Fernando was never, to me, the harsh or negative image presented against him today. On the contrary, I knew him as someone kind, respectful, and genuinely concerned for those around him. He was the kind of friend who listened, offered help without expecting anything in return, and always had a word of encouragement or support. In difficult moments, he was someone you could trust.

In our time together, I saw a man devoted to his family, always speaking with affection and responsibility. I never saw in Fernando violent behaviors or intentions to harm others; instead, he showed a calm character and sincere intention to do good.

I know he has been incarcerated for a long time—a time that has deeply affected his life and that of his family. I know of his genuine desire to improve, reunite with his loved ones, and regain a chance to live with dignity and peace. As his friend, I know this desire is real and profound.

I do not wish to justify or minimize anything; I only wish to share the human side that is not always visible in records. For that reason, with all humility, I ask that you consider Fernando not only as an accused person but also as the noble and sensitive person that many of us knew—someone who deserves a second chance to rebuild his life.

I sincerely thank you for the time you have dedicated to reading these words and for the justice and humanity with which you carry out your work.

Respectfully,
Abigail Alemán Mtz.

Sábado 23 de Noviembre del 2025

Honorable Juez Bery A. Howell:

Me dirijo a usted con el debido respeto para expresarle unas palabras desde mi experiencia personal como amiga de Cristian Fernando Gutiérrez Ochoa. Conozco a Fernando desde hace muchos años, y durante todo ese tiempo tuve la oportunidad de verlo en su faceta más humana, sencilla y auténtica.

Fernando nunca fue para mí la imagen dura o negativa que hoy se presenta en su contra. Al contrario, lo conocí como alguien amable, respetuoso y genuinamente preocupado por las personas que lo rodeaban. Era el tipo de amigo que escuchaba, que se ofrecía a ayudar sin esperar nada a cambio, y que siempre encontraba una palabra para animar o apoyar. En los momentos difíciles, él era alguien en quien se podía confiar.

Cuando conviví con él, vi a un hombre dedicado a su familia, siempre hablando con cariño y responsabilidad. Nunca observé en Fernando conducta violenta o dañina; por el contrario, siempre mostraba un carácter tranquilo y una intención sincera de hacer las cosas bien. Por eso me cuesta comprender cómo los señalamientos actuales lo describen de una forma tan distinta a la persona que yo conocí.

Sé que ha pasado mucho tiempo desde que fue privado de su libertad, un tiempo muy largo que ha marcado profundamente su vida y la de su familia. Conozco su deseo constante de mejorar, de reencontrarse con sus seres queridos y de volver a tener una oportunidad para vivir con dignidad y paz. Como amiga, sé que ese anhelo es real y profundo.

No pretendo justificar ni minimizar nada; solo deseo compartir la parte humana que a veces no es visible en los expedientes. Por eso, con toda humildad, le pido que pueda considerar a Fernando no solo como un acusado, sino también como la persona noble y sensible que muchos conocimos, alguien que merece una segunda oportunidad para reconstruir su vida.

Agradezco sinceramente el tiempo que ha dedicado a leer estas palabras y la labor que realiza con justicia y humanidad.

Atte.
Abigail Alemán Mtz.

17 November 2025

Honorable Beryl A. Howell:

The purpose of this letter is to introduce myself and share information about Fernando. My name is Analuz Delgadillo Suárez, and I have had the opportunity to know him for several years. I believe it is important to express what I have seen of him in his daily life, prior to the situation he now faces.

Fernando has always been a hardworking and responsible young man. From a very early age he worked hard to move forward on his own, taking stable jobs and fulfilling his obligations. He has never been afraid of work; on the contrary, he always seeks to stay busy and useful, whether in trades, physical labor, or any task given to him. That dedication reflects the character he has.

Besides being hardworking, Fernando is someone with a noble heart. On many occasions, I saw him give his belongings—especially toys, clothing in good condition, or other items—to people who needed them more. He did this voluntarily and with joy. I also remember moments when he preferred to give things that he himself needed, especially to children or people in need so they would have something to relieve their difficulties.

Additionally, Fernando has always had a strong inclination for sports, especially soccer. His constant participation in sports kept him focused and surrounded by a positive environment, always showing discipline, respect, and the ability to collaborate with others.

For this reason, honorable authority, I respectfully ask that you take into account the human side of Fernando. The situation he currently faces does not represent the entirety of who he is. I know a young man who can correct his path, who has values, who knows how to work, and has shown empathy for others. I trust that, with an opportunity, he will be able to return to a stable and productive life.

I deeply appreciate your time in reading this letter and remain available for any clarification.

Attentively,

Analuz Delgadillo Suárez

17/ Noviembre/ 2025

Honorable Beryl A. Howell

El motivo de esta carta es presentarme y compartir información sobre la persona que es Fernando. Mi nombre es Analuz Delgadillo Suárez y he tenido la oportunidad de conocerlo por varios años, por lo que considero importante expresar lo que he visto de él en su vida diaria, antes de la situación que enfrenta actualmente.

Fernando siempre ha sido un joven trabajador y responsable. Desde muy temprana edad se esforzó por salir adelante por sus propios medios, tomando empleos estables y cumpliendo con sus obligaciones. Nunca ha tenido miedo de trabajar; al contrario, siempre ha buscado mantenerse ocupado y útil, ya sea en oficios, labores físicas o cualquier tarea que se le confiara. Esa dedicación refleja el carácter que él tiene.

Además de ser trabajador, Fernando es alguien con un corazón noble. En diversas ocasiones lo vi regalar, sus propias pertenencias a personas que lo necesitaban más: juguetes, ropa en buen estado y otras cosas que él decidía compartir sin esperar nada a cambio. Lo hacía simplemente porque le nacía ayudar. Incluso recuerdo momentos en los que prefería quedarse con menos, con tal de que los demás, especialmente niños o personas con carencias, tuvieran algo que pudiera alegrarlos o servirles.

Adicionalmente, Fernando siempre ha tenido una fuerte inclinación por el deporte, especialmente el futbol. Su participación constante en actividades deportivas lo mantenía enfocado y rodeado de un ambiente positivo, mostrando disciplina, respeto y capacidad de colaboración con otros.

Por eso, honorable autoridad, le pido de la manera más respetuosa que tome en cuenta el lado humano de Fernando. La situación que vive no representa la totalidad de quién es él. Conozco a un joven que puede enmendar su camino, que tiene valores, que sabe trabajar y que ha demostrado empatía por los demás. Confío en que, con una oportunidad, podrá retomar una vida estable y productiva.

Agradezco profundamente el tiempo que se han tomado para leer esta carta y quedo a disposición para cualquier aclaración que se requiera.

Atentamente,
Analuz Delgadillo Suárez



ZAPOPAN, JALISCO, MEXICO — DATE OF SUBMISSION

The Honorable Beryl A. Howell

United States District Court

For the District of Columbia

My name is Marisol Hernández Vizcaíno, a Mexican homemaker and mother of two.

I had the pleasure of meeting Christian Fernando Gutiérrez Ochoa six years ago during a sports event. My husband plays soccer and we were celebrating winning the final. He was friendly, positive, and kind.

He often attended soccer matches to spend time with friends. Sometimes we would go out to eat together for celebrations. Later I learned he had a legal problem in another country, and it saddened us greatly because he never seemed like a troublemaker.

I respectfully ask that you take this into consideration when making your decision.

Thank you for reading this letter. These are sincere words of support. We truly miss Fernando and hope he can return home as soon as possible.

Sincerely,

Marisol Hernández Vizcaíno

**ZAPOPAN, JALISCO, MEXICO, A LA FECHA DE SU PRESENTACION**

**THE HONORABLE BERYL A. HOWELL**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MARISOL HERNANDEZ VIZCAINO**, AMA DE CASA, MEXICANA, MADRE DE DOS HIJOS, SU SEÑORÍA ME ES UN GUSTO PODER SALUDARLE POR ESTE MEDIO.

QUIERO MENCIONAR QUE TUVE EL GUSTO DE CONOCER AL SEÑOR CRISTIAN FERNANDO GUTIÉRREZ OCHOA DESDE HACE 6 AÑOS LO CONOCÍ PORQUE EN UNA OCASIÓN COINCIDIMOS EN UN EVENTO DEPORTIVO YA QUE MI ESPOSO LE GUSTA JUGAR FUTBOL ̀Y EN ESA OCASIÓN ESTÁBAMOS FESTEJANDO QUE HABÍAMOS GANADO LA FINAL, AHÍ FUE DONDE LO CONOCÍ SE ME HIZO MUY AGRADABLE PERSONA, DE BUEN HUMOR, SIEMPRE CARACTERIZADO POR UNA ACTITUD MUY AGRADABLE Y POSITIVA, CADA VEZ QUE SE REALIZABAN PARTIDOS DE FUTBOL FRECUENTABA ASISTIR CON LA FINALIDAD DE CONVIVIR Y HACER UN RATO AMENO, EN OCASIONES SALÍAMOS EN PLAN DE DIVERTIMOS SANAMENTE A COMER, CELEBRANDO ALGÚN CUMPLEAÑOS, DESPUÉS DE UN TIEMPO ME DI CUENTA QUE TENÍA UN PROBLEMA LEGAL EN OTRO PAÍS, EL CUAL NOS DIO MUCHO SENTIMIENTO PORQUE NO ERA PERSONA QUE BUSCABA PROBLEMAS, DESCONOZCO QUE HAYA PASADO EN ESE MOMENTO DE SU DETENCIÓN, SU SEÑORÍA SÉ QUE PARA USTED ES UNA RESPONSABILIDAD COMO JUEZA YA QUE SU OBLIGACIÓN PRINCIPAL  ES IMPARTIR JUSTICIA Y SER IMPARCIAL AL MOMENTO DE DETERMINAR UNA RESOLUCIÓN. SOLO LE PIDO CON MUCHO RESPETO SEA JUSTA AL MOMENTO DE TOMAR UNA DECISIÓN.

DE ANTEMANO AGRADEZCO QUE SE HAYA TOMADO UNOS MINUTOS DE SU TIEMPO PARA LEER ESTA CARTA, SON PALABRAS SINCERAS DE ALIENTO, DE FE Y ESPERANZA, LA VERDAD EXTRAÑAMOS MUCHO A FERNANDO LE PIDO LE DE UNA OPORTUNIDAD PARA QUE VUELVA A SU PAÍS LO MAS PRONTO POSIBLE, ES MUY FEA LA CÁRCEL Y MAS ESTANDO LEJOS DE FAMILIARES Y SERES QUERIDOS.

**ZAPOPAN, JALISCO A LA FECHA DE SU PRESENTACIÓN**

**MARISOL HERNANDEZ VIZCAINO**

Zapopan, Jalisco, November 18, 2025

Berly A. Howell

United States District Court

for the District of Columbia

Honorable Judge:

I greet you, wishing success in your mission to uphold justice.

This letter is to give my appreciation regarding the young Cristian Fernando Gutiérrez Ochoa, whom I have known since he was an adolescent. Being a quiet and faith-filled young man, he helped me as an altar server in the Masses I celebrated, which he attended with his family. Knowing his intentions and inner spiritual formation, I can affirm that he is a man of good sentiments and values, despite growing up in a difficult environment.

His girlfriend, Laysha Mhechelle Oceguera González, I also know her and she is a normal young woman who works hard. They have always been a very loving couple. Both are under my spiritual guidance; we even prepared the process for me to be the minister for their wedding day.

I beg you to observe his behavior during these months, and you will see the truth of what I express in this letter.

I bid you farewell and remain your respectful servant.

Pbro. José Dolores Aguayo González

Zapopan, Jal; a 18 de noviembre
de 2025.

BERLY A. HOWELL
United States Distric Court
For the district of columbia

Estimada Juez:

Le saludo deseando éxito a su misión de velar por
la Justicia.

Las presentes letras son para dar mi apreciación so-
bre el jóven Cristian Fernando Gutiérrez Ochoa, a
quien conocí desde que era un adolescente, siendo
un hombre tranquilo y de fe, me ayudaba como acóli-
to en misas que celebraba en que asistía su fami-
lia, conozco sus intenciones y fuero interno debi-
do a la dirección espiritual, puedo afirmar que es
un hombre de buenos sentimientos y valores.
Creció en un ambiente difícil.

Su novia Laisha Michelle Oseguera González
También la conozco y es una pareja de novios
normal trabajan mucho, siempre han sido una
pareja muy amorosa ambos son mis dirigidos
espirituales, incluso hicimos la promesa que
yo sería el ministro el día de su boda.

Le suplico observen su comportamiento estos
meses y se darán cuenta de la veracidad de
estas letras.

Me despido y suscribo su seguro servidor,

Atte.

PBRO. José Dolores Aguayo González

15 / Nov / 25

Honorable Judge Beryl A. Howell,
Present.

I address you with all the respect that you and your court deserve. My name is Blanca
Cecilia Ochoa Valencia, aunt of Cristian Fernando Gutiérrez Ochoa, and I appear before you
with the purpose of sharing a little about the personality and conduct of my nephew.

Cristian is a very responsible, hardworking young man with strong values. Throughout his
life, he has shown himself to be responsible and respectful, always with a kind and positive
attitude toward others. He is a dedicated young man who greatly enjoys cooking, and he has
always shown the desire and effort to improve himself.

Despite the distance, we have never lost communication, and thanks to technology, we have
been able to remain close. Therefore, I can attest that he is a noble young man with a good
heart.

With all due respect, I ask that you take these words into consideration on the day of his
hearing. I thank you in advance for the attention you may grant this letter.

Respectfully,
Blanca Cecilia Ochoa Valencia

15 / Nov / 25

Honorable juez Beryl A Howell
presente.
Me dirijo a usted con todo el respeto que
su investidura merece. Mi nombre es
Blanca Cecilia Ochoa Valencia, tía de
Cristhian Fernando Gutiérrez ochoa, y
comparezco ante usted con el propósito
de compartirle un poco sobre la persona-
lidad y conducta de mi sobrino.
Cristhian es una persona muy responsable,
trabajadora y de valores. A lo largo de su vida
ha demostrado ser alguien responsable y
respetuoso, con una actitud siempre amable
y positiva hacia los demás. Es un joven
dedicado, a quien le gusta mucho la cocina
y siempre ha mostrado poder superarse.
A pesar de la distancia, jamás hemos
perdido la comunicación, y gracias a la
tecnología hemos podido mantenernos
cercanos, así que puedo constatar que es
un muchacho noble y de buen corazón.

estrella

Con todo el respeto, le solicito que tome
en consideración estas palabras el día
de su audiencia. Agradezco de antemano
la atención que se digne brindar a
esta carta.

Atentamente Blanca Cecilia
Ochoa Valencia

Estrella